LAED 247 (Rev. 10/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Shi Gang Zheng | ) Case No: 053 L 2:23 CR000257-001 M |
| | ) BOP No: 18112-511 |
| Date of Original Judgment: 01/16/2025 | ) |
| Dates of Previous Amended Judgments/Orders: | ) Eddie Jordan |
| | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment or order issued)* of _____ months **is reduced to** _____.

**I.  COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

Previous Total Offense Level: 18   as of 11/1/2023   Amended Total Offense Level: 18
Criminal History Category: I         Criminal History Category: I
Previous Guideline Range: 27 to 33 months   Amended Guideline Range: 27 to 33 months

*(Complete Part II of Page 2 when motion is granted)*

**COMMENTS AND/OR REASONS FOR GRANTING OR DENYING REDUCTION** *(For Public Disclosure)*

The defendant requests a sentence reduction based on the retroactive zero-point offender guideline in U.S.S.G. § 4C1.1. Although the defendant received zero criminal history points, he does not meet all of the other criteria for an offense level reduction under § 4C1.1. Specifically, the defendant does not satisfy § 4C1.1(a)(7), which requires that "the defendant did not possess ... a firearm or other dangerous weapon ... in connection with the offense." One of the defendant's offenses of conviction is for unlawful possession of a firearm. Accordingly, he does not qualify for a 2-level reduction under § 4C1.1, making him ineligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10(a).

Except as otherwise provided, all provisions of the judgment dated  01/16/2025  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/22/2025

*Judge's signature*

Effective Date: 12/22/2025          Barry W. Ashe, United States District Judge
*(No earlier than February 1, 2024, for Amend. 821 sentence reductions.)*          *Printed name and title*